NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAYLOR BRANDS, LLC,**
*Plaintiff-Appellant,*

v.

**GB II CORPORATION (DOING BUSINESS AS COLUMBIA RIVER KNIFE AND TOOL COMPANY),**
*Defendant-Appellee.*

---

2010-1151

---

Appeal from the United States District Court for the Eastern District of Tennessee in case no. 08-CV-325, Magistrate Judge Dennis H. Inman.

---

## ON MOTION

---

## ORDER

GB II Corporation moves to forward certain exhibits from the United States District Court for the Eastern District of Tennessee. Taylor Brands, LLC responds. GB II Corporation replies.

The court deems it appropriate to defer the motion for consideration by the merits panel, which may thus determine whether the exhibits are needed.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is deferred for consideration by the merits panel assigned to hear this case. The appellee is directed to file within 10 days of the date of filing of this order three additional copies of the motion and reply for transmission to the merits panel. The appellant is directed to file within 10 days of the date of filing of this order three additional copies of its response for transmission to the merits panel. A copy of this order shall also be transmitted to the merits panel.

FOR THE COURT

**MAY 0 9 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Scott Edward Davis, Esq.
     Peter N. Lalos, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 0 9 2011**

**JAN HORBALY**
**CLERK**